UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

                           :

UNITED STATES OF AMERICA                :

             -v-                      :            22-CR-492-2 (JMF)

                           :

JOSE MARTINEZ,                     :              <u>ORDER</u>

                           :

                Defendant.        :

                           :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        WHEREAS, with the consent of the defendant, JOSE MARTINEZ, his guilty plea

allocution was taken before a United States Magistrate Judge on May 9, 2023; and

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant

entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty

plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted;

        IT IS FURTHER ORDERED that sentencing in this matter is ADJOURNED to

**September 7, 2023,** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40

Centre Street, New York, New York 10007; and

        IT IS FURTHER ORDERED that the parties should consult the Court's Individual Rules

and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for

sentencing-related procedures and practices.  Consistent with the Court's Rules, the defendant's

sentencing submission shall be filed two weeks in advance of the date set for sentencing.  The

Government's sentencing submission shall be filed one week in advance of the date set for

sentencing.  If a party does not intend to file a substantive sentencing submission, the party

should file a letter to that effect.

       SO ORDERED.

Dated: May 19, 2023
       New York, New York

                                   JESSE M. FURMAN
                                   United States District Judge