```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                -v-                                                     :     22-CR-492-2 (JMF)
                                                                        :
JOSE MARTINEZ,                                                          :          ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, District Judge:

      IT IS HEREBY ORDERED that the time for sentencing in this matter, scheduled for tomorrow, **September 7, 2023**, is changed from 2:30 p.m. to **2:15 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: September 6, 2023  
       New York, New York

                                                             JESSE M. FURMAN  
                                                        United States District Judge